FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

Breakfront, LLC; Golden Oak Partners, LLC; Mark Slotkin, Individually, and as Trustee of the Slotkin Family Children's Trust dtd January 1, 1997Appellant/s

No. 04-15-00609-CV

**BREAKFRONT, LLC**; Golden Oak Partners, LLC; Mark Slotkin, Individually, and as Trustee of the Slotkin Family Children's Trust dtd January 1, 1997,
Appellants

v.

**SOUTHWEST GUARANTY INVESTORS, LTD.**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-04-0331-CVA
Honorable Russell H. Wilson, Judge Presiding

# O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to December 30, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Clinton Butler
Langley & Banack
PO Box 265
Karnes City, TX 78118

Jeffrey D. Small
Law of Jeff Small
12451 Starcrest Dr Ste 100
San Antonio, TX 78216-2988

Leticia Murillo Escamilla
Court Reporter
1903 Harness Lane
San Antonio, TX 78227

Robin Leaf Harrison
Campbell Harrison & Dagley L.L.P.
Two Houston Center
Houston, TX 77010-1031